**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Anthony Wendell BRIM, Defendant— Appellant.**

**No. 11–6281.**

United States Court of Appeals,
Fourth Circuit.

Submitted: April 20, 2011.
Decided: May 5, 2011.

Anthony Wendell Brim, Appellant pro se. Craig Jon Jacobsen, I, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Wendell Brim appeals the district court's order denying his motion filed pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Brim,* No. 4:06–cr–00009–jlk–4 (W.D.Va. Feb. 17, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*